**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10121 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-01478-JGZ-LAB-1 |
| v. | |
| MANUEL OCTAVIO BARCELO-ORTEGA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted October 23, 2013[**]

Before:     HUG, FARRIS, and LEAVY, Circuit Judges.

Manuel Octavio Barcelo-Ortega appeals from the district court's judgment

and challenges the 87-month sentence imposed following his guilty-plea

conviction for possession with intent to distribute 9.7 kilograms of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and possession with intent to distribute 1.1 kilograms of heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Barcelo-Ortega contends that the district court erred when it imposed a two-level adjustment under U.S.S.G. § 3B1.2(b) for being a minor participant instead of a four-level adjustment for being a minimal participant under U.S.S.G. § 3B1.2(a). We review for clear error. *United States v. Tankersley*, 537 F.3d 1100, 1110 (9th Cir. 2008). The district court did not clearly err because Barcelo-Ortega was entrusted with very large quantities of heroin and methamphetamine. *See United States v. Rodriguez-Castro*, 641 F.3d 1189, 1193 (9th Cir. 2011); *United States v. Webster*, 996 F.2d 209, 211-12 n.5 (9th Cir. 1993); *United States v. Lui*, 941 F.2d 844, 849 (9th Cir. 1991).

**AFFIRMED.**